James D. Colt, Principal Attorney, Bryant G. Snee, Richard J. Hipolit, David M. Cohen, Y. Ken Lee, Elizabeth G. Candler, of Counsel, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Principal Attorney, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

Before MAYER, Chief Judge, RADER and BRYSON, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**FRANKLIN SAVINGS CORPORATION and Franklin Savings Association, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 03–5121.

United States Court of Appeals, Federal Circuit.

May 11, 2004.

Rehearing and Rehearing En Banc Denied July 20, 2004.

R. Pete Smith, Principal Attorney, Jonathan A. Margolies, of Counsel, McDowell, Rice, Kansas City, MO, Jerry Stouck, Peter J. Skalaban, Jr., of Counsel, Spriggs & Hollingsworth, Washington, DC, for Plaintiffs–Appellants.

Luke P. Levasseur, Principal Attorney, Jeanne E. Davidson, David M. Cohen, Daniel D. McClain, of Counsel, Washington, DC, for Defendant–Appellee.

Before MAYER, Chief Judge, NEWMAN and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

David ATHEN, Ronald Benefield, Carolyn Brower, Francis Camerson, John Terrance Carty, Gerald Clevenger, William Chapman, Catherine Cooper, Roger Crim, John Crow, Robert Damiano, Gerald Dean, Ronnie Difuntorum, Jay Doyle, James Dugger, Stephen Echevarria, Robert Echevarria, Reginald Friskey, Gracie Garza, Hugh Grech, Victor Hamberlin, Barry Hopkins, William Jones, Bruce Jones, Mark Joppa, Paul Kelley, Eric Little, Vincent Lobello, George Martin, Paul Martinez, Ramon Martinez, Allen Maxwell, Mark O'Brien, Douglas Orr,

Dan Peckovich, Antoinette Perez, Ron Phillips, Kenneth Sammons, Mark Scott, Richard Serrano, Mark Slaff, Terrance Spehar, Herman Stokes, Michael Temple, Rod Trebino, Gerald Turner, Robert Venegas, Charles Weaver, Chris Whitnack, Debra Williams, and Ronald Yeager, Plaintiffs–Appellants,

v.

James G. ROCHE, Secretary of the Air Force, Jimmy M. Carver, Chief Personnel Management Flight Civilian Personnel Division, and Michael Groves, Chief HQ & Associates Staffing Civilian Personnel, Defendants–Appellees.

No. 03–1605.

United States Court of Appeals, Federal Circuit.

May 11, 2004.

George S. Freedman, Principal Attorney, Lester, Loving, Edmond, OK, for Plaintiffs–Appellants.

Richard P. Schroeder, Principal Attorney, Todd M. Hughes, David M. Cohen, Of Counsel, Washington, DC, Telin W. Ozier, Of Counsel, Arlington, VA, for Defendants–Appellees.

Before LOURIE, LINN, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Nancy GARDNER–COOK, Petitioner–Appellant,

v.

### SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 04–5001.

United States Court of Appeals, Federal Circuit.

May 11, 2004.

Daniel H. Shertzer, Sr., Principal Attorney, Lancaster, PA, for Petitioner–Appellant.

Michael P. Milmoe, Principal Attorney, Washington, DC, for Respondent–Appellee.

Before LOURIE, LINN, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: